AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Kona Ice, Inc. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:17-cv2180T36 AEP |
| Scott MacMillan, FLMK Enterprises, LLC | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Scott MacMillan
7956 Floradora Drive
New Port Richey, Florida 34654

[Stamp: RECEIVED 2017 SEP 21 AM 10:59 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey M. James
Banker Lopez Gassler PA
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida 33602
Telephone: 813-221-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 21 2017

*Signature of Clerk or Deputy Clerk*