AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Kona Ice, Inc. | ) | |
| *Plaintiff(s)* | ) ) ) ) | |
| v. | ) | Civil Action No. 8:17cv2180T36 AEP |
| Scott MacMillan, FLMK Enterprises, LLC | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FLMK Enterprises, LLC
c/o Michael J. Jakubik, Registered Agent
705 Floresta Street
Brandon, Florida 33511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey M. James
Banker Lopez Gassler PA
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida 33602
Telephone: 813-221-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SEP 2 1 2017

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

[Stamp: RECEIVED 2017 SEP 21 AM 10:59 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA]