UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KONA ICE, INC.,

    Plaintiff,

v.	Case No: 8:17-cv-2180-T-36AEP

SCOTT MACMILLAN and FLMK ENTERPRISES, LLC,

    Defendants.
_____/

**ORDER**

Before the Court is Plaintiff Kona Ice, Inc.'s Notice of Voluntary Dismissal without Prejudice Pursuant to Rule 41(a)(1)(A)(i) (Doc. 9). In accord with Plaintiff Kona Ice, Inc.'s, Notice of Voluntary Dismissal without Prejudice Pursuant to Rule 41(a)(1)(A)(i), it is **ORDERED AND ADJUDGED** as follows:

1)    Plaintiff Kona Ice, Inc.'s, Notice of Voluntary Dismissal without Prejudice Pursuant to Rule 41(a)(1)(A)(i) is **APPROVED** (Doc. 9).

2)    This cause is dismissed, without prejudice.

3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on December 21, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record